UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| DAVID JOSEF LOVEJOY, a/k/a, KENDRA MICHELLE LOVEJOY, <br><br> Plaintiff, <br><br> v. <br><br> MINNESOTA DEPARTMENT OF HUMAN SERVICES, et al., <br><br> Defendants. | Civil Nos. 16-2468 (JRT/LIB) <br><br><br><br> **ORDER ADOPTING REPORT AND RECOMMENDATIONS** |

_____

David Josef Lovejoy, MSOP, 1111 Highway 73, Moose Lake, MN 55767, *pro se* plaintiff.

Aaron Winter, **MINNESOTA ATTORNEY GENERAL'S OFFICE**, 445 Minnesota Street, Suite 1100, St Paul, MN 55101-2128, for defendants.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss Plaintiff's Complaint, [Docket No. 7], is **GRANTED**;

2. Plaintiff's claims against the MSOP and the Minnesota DHS are **DISMISSED with prejudice**;

3. Plaintiff's § 1983 claims for monetary and punitive damages against all individual named Defendants in their official capacities are **DISMISSED with prejudice**;

4. Plaintiff's § 1983 claims for monetary and punitive damages against all

individual named Defendants in their individual capacities are **DISMISSED without prejudice**;

5. Plaintiff's § 1983 claims for injunctive and declaratory relief against all individual named Defendants in their official or individual capacities are **DISMISSED without prejudice**;

6. Plaintiff's Title II of the Civil Rights Act of 1964 claims against all individual Defendants are **DISMISSED with prejudice**;

7. The Court not continue to exercise supplemental or pendant jurisdiction, and therefore, Plaintiff's Minnesota Human Rights Act claims against all Defendants are **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 2, 2017  
at Minneapolis, Minnesota

s/John R. Tunheim  
JOHN R. TUNHEIM  
Chief Judge  
United States District Court